✓#113 #128839

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

FILED
2010 SEP -8 AM 10: 52
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

In re: CHRISTMAN, CHAD E
CHRISTMAN, DAWN M

Case No. 09-37598

Judge MARY ANN WHIPPLE

<u>REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE</u>

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Network Physicians Company | PO Box 1079<br>Toledo, OH 43697 | $3.89 |

Check #113 for $3.89 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

_____
Patti Baumgartner-Novak, Trustee

Dated: 9/2/10

cc: Office of the U.S. Trustee

09-37598-maw    Doc 44    FILED 09/08/10    ENTERED 09/08/10 12:57:48    Page 1 of 1